United States District Court
Southern District of Texas
**ENTERED**
December 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILIP DRAYTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-2993 |
| UNITED AIRLINES, INC.; ABM | § | |
| AVIATION, INC.; ABM INDUSTRIES | § | |
| INCORPORATED; and AIR SERV | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 15th day of December, 2022.

------------------------------
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE